IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                              CASE NO. 1:11-CR-10044-002

MILINO McHENRY                                                                              DEFENDANT

## ORDER

Before the Court are Defendant's (1) Motion for Reduction of Sentence Pursuant to Retroactive Amendment 782 of the U.S. Sentencing Guidelines 1B1.10 and 18 U.S.C. § 3582(c) (ECF No. 87) and (2) Motion to Reduce Sentence Pursuant to Amendment 788 and 18 U.S.C. § 3582(c)(2) (ECF No. 89). Defendant states that he was sentenced under United States Sentencing Guideline (USSG) § 2D1.1(c). Defendant argues that a sentence reduction is warranted because Amendments 782 and 788 have retroactively amended USSG § 2D1.1(c), and therefore his guideline sentencing range has been lowered. However, Defendant was sentenced pursuant to USSG § 4B1.1, not USSG § 2D1.1(c). Therefore, the Amendments in question are not applicable to the present situation and Defendant is not eligible for a reduction of his sentence under those provisions. Thus, the Court finds that Defendant's Motion for Reduction of Sentence Pursuant to Retroactive Amendment 782 of the U.S. Sentencing Guidelines 1B1.10 and 18 U.S.C. § 3582(c) (ECF No. 87) and Motion to Reduce Sentence Pursuant to Amendment 788 and 18 U.S.C. § 3582(c)(2) (ECF No. 89) should be and hereby are **DENIED**.

**IT IS SO ORDERED**, this 6th day of March, 2017.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge